# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142752 & (17)


FRANCES COLUCCI HILL, Personal
Representative of the ESTATE OF ROBERT
HILL, Deceased,
         Plaintiff-Appellee,

v

JOEL A. JOHNSON, M.D., JAMES H.
MERING, III, M.D., RYAN D. EDWARDS,
M.D., and LARRY LEWIS, M.D.,
         Defendants,

and

MARQUETTE GENERAL HOSPITAL, INC.,
         Defendant-Appellant.
_____/

SC: 142752
COA: 299303
Marquette CC: 07-045013-NH

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 28, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2011

Clerk

d0322